August 29, 2008

Ms. Diana L. Faust
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202
Mr. Eric D. Pearson
Heygood Orr Reyes Pearson & Bartolomei
2331 W. Northwest Hwy.
Dallas, TX 75220

RE: Case Number: 04-0575
 Court of Appeals Number: 05-03-00279-CV
 Trial Court Number: DV-99-01417-L

Style: COLUMBIA MEDICAL CENTER OF LAS COLINAS, INC. D/B/A LAS COLINAS
 MEDICAL CENTER
 v.
 ATHENA HOGUE, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF ROBERT
 HOGUE, JR., DECEASED, CHRISTOPHER HOGUE, AND ROBERT HOGUE, III

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |